**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**LANDY THOMPSON,**
                           **Petitioner,**

   **vs.**                                                    **04-CV-865**

**D.B. DREW, Superintendent,**

                           **Respondent.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**


**DECISION & ORDER**

    This *pro se* petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, was referred to the Hon. David E. Peebles, United States Magistrate Judge, for a Report-Recommendation, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

    The Report-Recommendation, dated October 17, 2005, recommended that the petition be denied and dismissed, with the further order that the Bureau of Prisons make an independent determination regarding Petitioner's award of good time credits for the completion of a course at Georgetown University. Petitioner has not filed objections to the Report-Recommendation.

    After examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-

1

Recommendation for the reasons stated therein.  In addition, the Court notes that, on October 25, 2005, the Bureau of Prisons filed the report requested by Judge Peebles in the Report-Recommendation.

It is therefore

**ORDERED** that Petitioner's writ of habeas corpus is **DENIED** and **DISMISSED.**


**IT IS SO ORDERED.**

Dated:November21,2005

*[signature]*
Thomas J. McAvoy
Senior, U.S. District Judge